

2012 Decisions

Opinions of the United
States Court of Appeals
for the Third Circuit

8-30-2012

# In Re: Eric Rambert

Precedential or Non-Precedential: Non-Precedential

Docket No. 12-2713

Follow this and additional works at: http://digitalcommons.law.villanova.edu/thirdcircuit_2012

Recommended Citation

"In Re: Eric Rambert " (2012). *2012 Decisions.* Paper 510.
http://digitalcommons.law.villanova.edu/thirdcircuit_2012/510

This decision is brought to you for free and open access by the Opinions of the United States Court of Appeals for the Third Circuit at Villanova University School of Law Digital Repository. It has been accepted for inclusion in 2012 Decisions by an authorized administrator of Villanova University School of Law Digital Repository. For more information, please contact Benjamin.Carlson@law.villanova.edu.

UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT
_____

No. 12-2713
_____

IN RE:  ERIC RAMPERT,
Petitioner

_____

On a Petition for Writ of Mandamus from the
United States District Court for the Middle District of Pennsylvania
(Related to M.D.Pa. 11-cv-01370)

_____

Submitted Pursuant to Rule 21, Fed. R. App. P.
July 19, 2012

Before:  McKEE, Chief Judge, ALDISERT and GARTH, Circuit Judges

(Opinion filed: August 30, 2012)
_____

OPINION
_____

PER CURIAM

Eric Rampert petitions this Court for a writ of mandamus compelling the United

States District Court for the Middle District of Pennsylvania to rule on a habeas corpus

petition. We will dismiss the petition as moot.

In June of 2011, Rampert filed a petition for writ of habeas corpus pursuant to 28

U.S.C. §2241.  The Commonwealth of Pennsylvania responded on August 17, 2011, and

1

Rambert filed a traverse on August 26, 2011.  On June 20, 2012, Rambert filed a petition with this Court seeking a writ of mandamus directing the District Court to rule on his petition.  He later filed a motion for appointment of counsel.

On August 1, 2012, the District Court issued an order denying Rambert's petition.  Accordingly, Rambert's mandamus petition is moot and we will therefore dismiss it.  See In re Orthopedic Bone Screw Prod. Liab. Litig., 94 F.3d 110 (3d Cir. 1996).  The request for appointment of counsel is denied.